Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

Northern District of Florida

Tallahassee Division

Thomas L. Jones

_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Calhoun County Board of County Commissioners
Darryl O'Bryan individually, Chad Bailey Individually
Aaron Carter Individually, Ben Hall Individually,
Scott Monlyn Individually, SEE ATTACHED
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. $5:25-CV-309 RH/MJF$

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑Yes ☐No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---


FILED USDC FLND TL
OCT 27 '25 PM 12:03

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Thomas L. Jones |
| Address | 9805 SR-20 W. |

| City | State | Zip Code |
|---|---|---|
| Clarksville | Fl | 32430 |

| | |
|---|---|
| County | Calhoun |
| Telephone Number | 850-999-9012 |
| E-Mail Address | mr.electrician@rocketmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Darryl O'Bryan Individually and Official Capacity |
| Job or Title *(if known)* | Calhoun County Commissioner District 3 |
| Address | 20859 Central Ave. E |

| City | State | Zip Code |
|---|---|---|
| Blountstown | Fl | 32424 |

| | |
|---|---|
| County | Calhoun |
| Telephone Number | 850-643-8838 |
| E-Mail Address *(if known)* | dobryan@calhouncountyfl.gov |

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Chad Bailey Individually and Official Capacity |
| Job or Title *(if known)* | Calhoun County Commissioner, District 5 |
| Address | 20859 Central Ave. E |

| City | State | Zip Code |
|---|---|---|
| Blountstown | FL | 32424 |

| | |
|---|---|
| County | Calhoun |
| Telephone Number | 850-451-1664 |
| E-Mail Address *(if known)* | cbailey@calhouncountyfl.gov |

☐ Individual capacity    ☑ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | Aaron Carter Individually and Official Capacity |
| Job or Title *(if known)* | Calhoun County Fl. County Commissioner, District 2 |
| Address | 20859 Central Ave. E |

| | | |
|---|---|---|
| Blountstown | FL | 32424 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Calhoun |
| Telephone Number | 850-381-3297 |
| E-Mail Address *(if known)* | acarter@calhouncountyfl.gov |

☐ Individual capacity    ☑ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | Michele Thomas individually and Official Capacity |
| Job or Title *(if known)* | Building Permit Clerk |
| Address | 20859 Central Ave. E |

| | | |
|---|---|---|
| Blountstown | FL | 32424 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Calhoun |
| Telephone Number | 850-674-8046 |
| E-Mail Address *(if known)* | building@calhouncountyfl.gov |

☐ Individual capacity    ☑ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? USC 18.242, FL. 713.06, FL. 604.50

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

## ADDITIONAL LIST OF DEFENDANTS

Ben Hall Official Capacity

Calhoun County Commissioner District 1

20859 Central Ave, E.

Blountstown, Florida. 32424

850-643-8251


Scott Monlyn Official Capacity

Calhoun County Commissioner District 4

20859 Central Ave, E.

Blountstown, Florida. 32424

850-643-8274


Robin "Chrissy" Barfield Personally and Official Capacity

Calhoun County Clerk of Court

20859 Central Ave, E.

Blountstown, Florida. 32424

850-674-4545


Carla Hand Personally

Former Calhoun County Clerk of Court

20859 Central Ave, E.

Blountstown, Florida. 32424

Unknown

Michele Thomas Personally and Official Capacity

Calhoun County Building Clerk

20859 Central Ave, E.

Blountstown, Florida. 32424

850-674-8046


Gene Bailey

Former Calhoun County Commissioner District 5

20859 Central Ave, E.

Blountstown, Florida. 32424

Telephone Unknown


Harry Matthew Fuqua Personally and Official Capacity

4450 Lafayette St.

Marianna, Florida. 32446

850-526-2263

Basis for Jurisdiction D. Continued.

Former Calhoun County Clerk of Court Carla Hand and Current Calhoun County Clerk Robin "Chrissy" Barfield Violated FL. 713.06 by allowing unlawful contractor liens of the Plaintiffs property by refusing to comply with FL. 713.06 Carla Hand contacted me by phone after making a complaint and told me "I checked with the county clerks in the surrounding area and that is the way they do it, and I am going to continue" Violating Florida Statutes 713.06 is an intentional violation of Florida Statutes and is commonplace in the Calhoun County Clerk's Office.

Former County Commissioner Gene Bailey arrived on the Plaintiffs property located at 9805 SR-20, Clarksville, Fl. 32430 and threatened to have the County Attorney Matt Fuqua file an injunction to prevent the Plaintiff from pursuing plans to build an agriculture structure in compliance with FL. 604.05

Each Calhoun County Commissioner has violated FL. 604.50 by their inaction and complicity to allow Michele Thomas to violate FL. 604.50

Harry Matthew Fuqua acting as legal representative may have violated the civil rights of more than one Individual. The plaintiff was informed by an employee of West Florida Electric that calls were made to have the Electrical Service of Thomas L. Jones terminated at 9805 SR-20, Clarksville, Florida be after a Final Inspection performed by Ron Farris the Calhoun County Building Official. Furthermore, the BOCC Agenda official records will show that Harry Matthew Fuqua may have made several attempts to have the Employee terminated from his job at West Florida Electric Co-Op without due process. Mr. Fuqua may be acting as an enforcer of the Calhoun County BOCC and should be investigated to see if he has violated his oath to the constitution and the Florida Bar association.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Michele Thomas is in violation of FL. 604.50 in demanding Payment for a permit on an agriculture structure delaying the progress from the moment she cancelled an electrical permit issued to upgrade the electrical service to an agriculture. Forcing the landowners to retreat to the structure for temporary shelter.

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur?

The events giving arise to this claim has begun at the Plaintiffs Property address located at 9805 SR-20, Clarksville, Florida. 32430 and continued in the office of the building department and continued in the forum of the Board of County Commissioners on record of the Dates of Agenda and are a atter of public records.

B.     What date and approximate time did the events giving rise to your claim(s) occur?

The Dates of All occurrences began around August of 2022 and continue until present day.

C.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On four different occasions the Clerk of Court for Calhoun County allow a lien filed the plaintiffs property in violation of FL. 713.06 and continue to act with impunity as if FL. 713.06 does not exist or intentionally violating FL. 713.06

Michele Thomas has implied that 604.50 is a law that can be determined at her level of employment to be a valid Law or that she has a right to personally interpret at her discretion. This has become a personal matter for her and has decided the Plaintiff is not entitled to the same privileges as all other Florida residence.

Each Calhoun County has stood in defiance of the rights of the Plaintiff and has been prejudicial in nature to comply with FL. 604.05 in denying the Plaintiff the same civil rights as the rest of the State of Florida have been given.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The Plaintiff has been denied his civil rights 604.50 on a continued basis by the BOCC in the continued capacity that the Plaintiffs health has deteriorated since the first contact with the BOCC Board Members and their employees.

The Calhoun County Clerk's Office has on more than one occasion violated the Plaintiffs Civil Right 713.06 and the last occurrence was as late as 2025

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

The Plaintiff is seeking damaged in the amount of one million dollars ($1,000,000.00) The Damages are due to delays in completing the agriculture structure by denying the permit needed to reconnect power after the 400 amp permanent power is installed.

The Plaintiffs Medical condition has deteriorated from stress in the past three years since this matter began and the possibility of recovery is minimal.

On May 30, 2024 an Electrical Permit for the Permanent power was issued by the Calhoun County Building Department and was later Canceled according to Michele Thomas due to the Head County Commissioner Darryl O'Bryan did not have the authority to reduce the permit fee to -0-.

The Agriculture Structure has been put on hold since the Electrical Permit is needed has been denied by Michele Thomas.

All weather-related Damages to the agriculture structure since Michele Thomas and the BOCC cancelled the Permit # 3517 dated 05/30/2024 until current date.

That Calhoun County Official should be investigated for intentionally violating the Civil Rights of all residence located within the jurisdiction of the Calhoun County Board of County Commissioners

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          10/25/2025

Signature of Plaintiff

Printed Name of Plaintiff          Thomas L. Jones

### B.   For Attorneys

Date of signing:          10/25/2025

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

| | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address